JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE MARIE SMITH, | CV 23-197 PA (JPRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| BARACK HUSSEIN OBAMA II, | |
| Defendant. | |

Pursuant to the Court's February 15, 2023 Minute Order dismissing this action for failure to file an amended complaint pursuant to the Court's order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED:  February 15, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE